**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **TERRIE L. JONES,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**SANDERSON FARMS, INC.,**<br><br>　　　　Defendant. | Civil Action 7:10-CV-34 (HL) |

**ORDER**

This case is before the Court on a Motion for Stay of Action Pending Dismissal With Prejudice (Doc. 17). The parties have agreed to resolve this case, but because Plaintiff's claims are listed as an asset in her pending bankruptcy case, she must obtain permission from the bankruptcy court to dismiss this case. The parties have requested that this case be stayed until the bankruptcy court approves the dismissal.

The Motion for Stay (Doc. 17) is granted. If the bankruptcy court has not approved the dismissal by March 1, 2011, the parties are directed to file a status report outlining the status of the bankruptcy case. Once the dismissal has been accepted, the Court expects the parties to file a stipulation of dismissal.

**SO ORDERED**, this the 26th day of January, 2011.

　　　　　　　　　　　　　　　　*s/　Hugh Lawson*
mbh　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**