# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **TERRIE L. JONES,**<br><br>    Plaintiff,<br><br>v.<br><br>**SANDERSON FARMS, INC.,**<br><br>    Defendant. | Civil Action 7:10-CV-34 (HL) |

## ORDER

Pursuant to an earlier order of the Court, the parties submitted a status report outlining the status of Plaintiff's bankruptcy case. As the bankruptcy court has not yet approved the dismissal of this case, the matter will remain stayed. If the bankruptcy court has not approved the dismissal by April 15, 2011, the parties are directed to file another status report. Once the dismissal has been accepted, the Court expects the parties to file a stipulation of dismissal.

**SO ORDERED**, this the 7th day of March, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh