# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| TERRIE L. JONES,<br><br>      Plaintiff,<br>v.<br><br>SANDERSON FARMS, INC.,<br><br>      Defendant. | Civil Action 7:10-CV-34 (HL) |

## ORDER

This case has been stayed since January to allow Plaintiff to obtain approval from the bankruptcy court to dismiss this action. In light of the latest status report, the Court checked the docket for the bankruptcy case. As of April 18, 2011, no motion for approval of the dismissal has been filed, even though bankruptcy counsel has now had three months to do so.

The Court does not intend to stay this case indefinitely. If the motion for approval has not been filed in the bankruptcy case by May 6, 2011, the stay will be lifted, and this case will be set for trial during the July term of court in Valdosta.

**SO ORDERED**, this the 19th day of April, 2011.

                                      *s/ Hugh Lawson*
                                      HUGH LAWSON, SENIOR JUDGE

mbh